UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERSTATE ASPHALT
HOLDINGS LLC,

    Plaintiff,                                  Case No. 20-cv-12755
                                               Hon. Matthew F. Leitman
v.

ROCKY SPRY,

    Defendant.
_____/

## ORDER REQUIRING PLAINTIFF TO SERVE
## DEFENDANT WITH NOTICE OF HEARING

On July 2, 2021, Plaintiff Interstate Asphalt Holdings LLC filed a motion for a default judgment and permanent injunction against Defendant Rocky Spry. (*See* Mot., ECF No. 10.) On July 7, 2021, the Court issued a Notice of Hearing setting Interstate's motion for a video hearing on August 31, 2021, at 10:00 a.m. (*See* Notice of Hearing, ECF No. 11.)

By no later than **July 28, 2021**, Interstate shall serve Spry with (1) the Notice of Hearing on its motion for default judgment, (2) this order, and (3) a proposed default judgment. In addition, by no later than **July 28, 2021**, Interstate shall file a Certificate of Service on the docket confirming that it has served Spry with these

1

documents.  Finally, by no later than **July 28, 2021**, Interstate shall submit the proposed default judgment to the Court through the Utilities function of CM/ECF.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 7, 2021


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764