# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| INTERSTATE ASPHALT HOLDINGS LLC, | Case No. 20-cv-12755 |
| | Hon. Matthew F. Leitman |
| Plaintiff, | |
| v. | |
| ROCKY SPRY, D/B/A Interstate Asphalt, | |
| Defendant. | |

## ORDER GRANTING DEFAULT JUDGMENT AND PERMANENT INJUNCTION

THIS MATTER IS BEFORE THE COURT on Plaintiff's Motion for Default Judgment and Permanent Injunction. The Court, finding good cause shown and that Defendant is in default pursuant to Rule 55, hereby **GRANTS** the motion and enters Default Judgment against Defendant. Accordingly, the Court also **GRANTS** Plaintiff's motion for a permanent injunction and Defendant is hereby immediately enjoined as set forth in the separate order of this Court.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 31, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 31, 2021, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (810) 341-9764