UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERSTATE ASPHALT
HOLDINGS, LLC,

      Plaintiff,

v.

ROCKY SPRY,

      Defendant.
_____/

Case No. 20-cv-12755
Hon. Matthew F. Leitman

**ORDER GRANTING PLAINTIFF'S
MOTION FOR ATTORNEY FEES AND COSTS**

THIS MATTER IS BEFORE THE COURT on Plaintiff, Interstate Asphalt Holdings LLC, Motion for Attorney Fees and Costs [Dkt. 16] (the "Motion"). The Court, having reviewed the Motion, supporting affidavit and brief on file, and having received no response from Defendant, hereby grants Plaintiff's motion and awards Plaintiff an award of attorney fees for the 68.2 hours of professional legal services expended in connection with attempted service, drafting, filing, and ultimately succeeding in its Motion for Default Judgment, in addition to the $1,111.65 in costs expended, for a total of **$38,174.15**.

        /s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated:  October 25, 2021

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 25, 2021, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764